UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
FELIX FILPO,                                                  :
                                                              :
                              Plaintiff,                      :
                                                              :          15-CV-3136 (JPO)
              -v-                                             :
                                                              :          OPINION AND ORDER
CITY OF NEW YORK, et al.,                                     :
                                                              :
                              Defendants.                     :
                                                              :
------------------------------------------------------------- X

J. PAUL OETKEN, District Judge:

      On December 15, 2016, the Court granted Defendants' motion to dismiss.  (Dkt. No. 21.)  The Court granted Plaintiff leave to amend but warned that if Plaintiff failed to file an amended complaint within sixty days of the Court's Opinion and Order, the dismissal would be with prejudice and the case would be closed.  More than sixty days have elapsed and Plaintiff has failed to file an amended complaint.  Accordingly, the dismissal is with prejudice and the case is closed.

      The Clerk of Court is directed to close the case.

SO ORDERED.

Dated:  March 22, 2017
        New York, New York

                                                 _____
                                                     J. PAUL OETKEN
                                                 United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*